1 McGREGOR W. SCOTT
United States Attorney
2 KENNETH J. MELIKIAN
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG. No. 02-316 DAD |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S EX PARTE |
| | ) | APPLICATION FOR AN ORDER TO |
| v. | ) | UNSEAL THE COMPLAINT AND |
| | ) | COMPLAINT AFFIDAVIT; |
| EDWARD GEORGE SHAY | ) | and ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The United States of America, by and through its undersigned attorneys, hereby respectfully requests that the Court order the above-captioned file unsealed. The defendant in this case has been arrested, and will be arraigned this afternoon on the sealed complaint. It is requested that the complaint be unsealed so that the defendant and his attorney can examine the complaint and its affidavit prior to the arraignment.

DATED: March 23, 2007            McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Kenneth J. Melikian
                            By:  KENNETH J. MELIKIAN
                                 Assistant U.S. Attorney

1  **O R D E R**

2  Upon application of the United States and good cause therefore
3  being shown, IT IS HEREBY ORDERED that the file in the above-
4  captioned matter be unsealed.

5  DATED: March 23, 2007.

   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE